Roland P. Reynolds, SBN: 150864
E-Mail: rreynolds@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Tel.:  (213) 688-0430
Fax:  (213) 688-0440

Attorneys for Defendant Flagstar Bank, FSB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARADISE,<br><br>     Plaintiff,<br><br> vs.<br><br>FAY SERVICING, LLC; U.S. BANK, N.A.; FLAGSTAR BANK, FSB; and DOES 1 through 50, inclusive<br><br>     Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT FLAGSTAR BANK PURSUANT TO 28 U.S.C. SECTION 1441**<br><br>[FEDERAL QUESTION]<br><br>[Complaint Filed: June 10, 2016) |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to section 1441(a) of Title 28 of the United States Code, Defendant Flagstar Bank, FSB ("Flagstar"), hereby removes the action entitled *MICHAEL PARADISE, Plaintiff vs. FAY SERVICING, LLC; U.S. BANK, N.A.; FLAGSTAR BANK, FSB; and DOES 1 through 50, inclusive*

*Defendants*, Superior Court of the State of California for the County of Santa Clara, Case No. 16CV296237 (the "Action") to the United States District Court for the Northern District of California on the following grounds:

1.  On or about June 10, 2016, Plaintiff Michael Paradise ("Plaintiff") filed the Action in the Superior Court of the State of California for the County of Santa Clara. Plaintiffs served Flagstar personally on or about June 17, 2016. A true and correct copy of the documents identified in the state court docket in the Action is attached hereto as Exhibit A. Based on the foregoing, Flagstar has timely filed this Notice of Removal. *See* 28 U.S.C. §1446.

2.  The Action is a civil action of which this Court has original jurisdiction under the Equal Credit Opportunity Act, 15 U.S.C. §1691 et seq. and is one which may be removed to this Court by Flagstar pursuant to the provisions of 28 U.S.C. §1441 in that the federal question can be ascertained from facts judicially noticeable and the face of Plaintiff's Complaint.

3.  Flagstar contemporaneously is filing a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Santa Clara and it will be served on Plaintiff's counsel concurrently. Flagstar will serve Plaintiff with copies of this Notice of Removal and the notice filed in State Court. A true and correct copy of written notice sent to the Clerk of the Superior Court and Plaintiffs is attached hereto as Exhibit B.

DATED: July 18, 2016        PALMER, LOMBARDI & DONOHUE LLP

By _____/s/ Roland P. Reynolds_____
Roland P. Reynolds
Attorneys for Defendant FLAGSTAR BANK, FSB

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

- 1 -
NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT FLAGSTAR BANK PURSUANT TO 28 U.S.C. SECTION 1441

3104104