# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARADISE, as trustee,<br><br>Plaintiff,<br><br>v.<br><br>FAY SERVICING LLC, and others,<br><br>Defendants. | Case No. 16-cv-04049 NC<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST FLAGSTAR BANK, FSB** |

On September 19, 2016, defendant Flagstar Bank, FSB, moved to dismiss the claims against it (California Homeowner Bill of Rights and accounting) in the First Amended Complaint. Dkt. No. 29. Plaintiff's opposition was due October 3. Plaintiff did not oppose dismissal. Flagstar filed a notice of non-opposition on October 11. Dkt. No. 35. Plaintiff again did not respond.

The claims against Flagstar Bank, FSB are therefore DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 31, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-04049 NC