UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARADISE, as trustee,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>FAY SERVICING LLC, and others,<br><br>　　　　　Defendants. | Case No. 16-cv-04049 NC<br><br>**JUDGMENT**<br><br>Re: Dkt. Nos. 45, 52 |

In accordance with the Court's orders (Dkt. Nos. 45, 52) granting defendants' motions to dismiss plaintiff's First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6), the Court enters judgment against Michael Paradise, as trustee for the Paradise Living Trust, and in favor of defendants Fay Servicing, LLC; U.S. Bank, N.A., as trustee for CVF Mortgage Loan Acquisition Company; and Flagstar Bank FSB.  The Clerk of Court is ordered to terminate this case.

**IT IS SO ORDERED.**

Dated:  December 21, 2016　　　　　　　　　_____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-04049 NC